SACKS, RICKETTS & CASE LLP
Luanne Sacks (SBN 120811)
lsacks@srclaw.com
Robert Bader (SBN 233165)
rbader@srclaw.com
177 Post Street, Suite 650
San Francisco, CA 94018
Telephone:   415-549-0580
Facsimile:   415-549-0640

Cynthia A. Ricketts (admitted *pro hac vice*)
cricketts@srclaw.com
2800 N. Central Avenue, Suite 1230
Phoenix, AZ 85004
Telephone:   602-385-3370
Facsimile:   602-385-3371

Attorneys for Defendant
Massage Envy Franchising, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baerbel McKinney-Drobnis, Joseph B. Piccola, and Camille Berlese, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO.  3:16-CV-6450-MMC<br><br>[~~PROPOSED~~] ORDER GRANTING MASSAGE ENVY FRANCHISING, LLC'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO STAY DISCOVERY<br><br>Judge: Hon. Maxine M. Chesney |

# [~~PROPOSED~~] ORDER GRANTING MASSAGE ENVY FRANCHISING, LLC'S REQUEST FOR JUDICIAL NOTICE AND MOTION TO STAY DISCOVERY

Upon consideration of the Motion to Stay Discovery ("Motion") filed by Defendant Massage Envy Franchising, LLC ("MEF"), the supporting Declaration of Cynthia A. Ricketts, the supporting Request for Judicial Notice, Plaintiffs Baerbel McKinney-Drobnis, Joseph B. Piccola, and Camille Berlese's response thereto, the files and records in this action, and arguments of counsel, and finding good cause for the request, **IT IS HEREBY ORDERED** as follows:

MEF's Request for Judicial Notice and Motion are **GRANTED**.

**IT IS FURTHER HEREBY ORDERED** that all discovery in this action is **STAYED** until the Court issues its ruling on ~~pending further order of this Court pending resolution of~~ MEF's pending Motion for Judgment on the Pleadings.

**IT IS SO ORDERED.**

Dated: <u>February 10</u>, 2017

_____
HON. MAXINE M. CHESNEY