UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Baerbel McKinney-Drobnis, Joseph B. Piccola, and Camille Berlese, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>Defendants. | CASE NO. 3:16-CV-6450-MMC (KAW)<br><br>[~~PROPOSED~~] **ORDER APPROVING JOINT STIPULATION TO STAY CASE AND VACATE DEADLINES PENDING MEDIATION**<br><br>Courtroom: 7 – 19th Floor<br>Judge: Hon. Maxine M. Chesney |

# [PROPOSED] ORDER APPROVING JOINT STIPULATION TO STAY CASE AND VACATE DEADLINES PENDING MEDIATION

Upon consideration of the Joint Stipulation to Stay Case and Vacate Deadlines Pending Mediation ("Stipulation") filed by Plaintiffs Baerbel McKinney-Drobnis, Joseph B. Piccola, and Camille Berlese (collectively, "Plaintiffs") and Defendant Massage Envy Franchising, LLC ("MEF") (MEF and Plaintiffs together, the "Parties"), and with good cause appearing, **IT IS HEREBY ORDERED** as follows:

The Stipulation is **APPROVED**.

**IT IS FURTHER HEREBY ORDERED** that all proceedings in this action are **STAYED** until further order of this Court.

**IT IS FURTHER HEREBY ORDERED** that the Parties shall have through and including February 16, 2018 to participate in a mediation.

**IT IS FURTHER HEREBY ORDERED** that the Parties, no later than March 16, 2018, shall file either: (1) a notice of proposed settlement and schedule for submission of a motion for preliminary approval of the proposed settlement; <u>or</u> (2) a joint request that the stipulated stay be lifted, along with a joint stipulation regarding a revised proposed schedule for briefing on Plaintiffs' motion for class certification and for class-related discovery, including the matters previously addressed in the Court's June 13, 2017 Order (Doc. 71).

**IT IS FURTHER HEREBY ORDERED** that MEF shall have through and including fourteen (14) days following the date that the stay is lifted to file an objection to Magistrate Judge Westmore's October 24, 2017 Order Regarding Joint Discovery Letter (Doc. 87), under Federal Rule of Civil Procedure 72(a) and Civil Local Rule 72-2.

**IT IS SO ORDERED.**

Dated: <u>November 6</u>, 2017

HON. MAXINE M. CHESNEY