IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAERBEL MCKINNEY-DROBNIS, et al, <br> Plaintiffs, <br> v. <br> MASSAGE ENVY FRANCHISING, LLC, <br> Defendant. | Case No. 16-cv-06450-MMC <br><br> **ORDER DENYING DEFENDANT'S MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** <br><br> Re: Dkt. No. 97 |

Before the Court is defendant's Motion, filed September 4, 2018, "for Relief from Nondispositive Pretrial Order of Magistrate Judge," by which defendant seeks review of portions of the Order Regarding Joint Discovery Letter, filed October 24, 2017, by Magistrate Judge Kandis A. Westmore.[1]

Having fully considered the matter, the Court hereby DENIES the motion, for the reason that defendant has failed to show the subject order is clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A) (providing district court may reconsider magistrate judge's order where it has been shown to be "clearly erroneous or contrary to law").

**IT IS SO ORDERED.**

Dated: September 7, 2018

MAXINE M. CHESNEY
United States District Judge

---

[1] Defendant's motion is timely for the reasons expressed therein. (See Def.'s Mot. at 1:27-28.)