IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAERBEL MCKINNEY-DROBNIS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASSAGE ENVY FRANCHISING, LLC, <br><br> Defendant. | Case No. 16-cv-06450-MMC <br><br> **ORDER DIRECTING PLAINTIFFS TO SUPPLEMENT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT** |

On April 15, 2019, plaintiffs filed their "Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class." The Court, having reviewed said motion, notes the subject settlement agreement includes a provision that any class member who submits "a timely and proper Voucher Request" will receive a voucher to be used to purchase certain goods and/or services. (See Krinsk Decl. Ex. D ¶ MM.) Plaintiffs have not, however, provided the proposed Voucher Request for court approval.

Accordingly, plaintiffs are hereby DIRECTED to file, no later than May 17, 2019, a supplemental declaration, attaching thereto the proposed Voucher Request.

**IT IS SO ORDERED.**

Dated: April 24, 2019

MAXINE M. CHESNEY
United States District Judge