Jeffrey R. Krinsk, Esq.  (CA Bar No. 109234)
jrk@classactionlaw.com
Trenton R. Kashima, Esq. (CA Bar No. 291405)
trk@classactionlaw.com
FINKELSTEIN & KRINSK LLP
550 C Street, Suite 1760
San Diego, California 92101
Telephone: (619) 238-1333
Facsimile: (619) 238-5425

*Attorneys for Plaintiffs
and the putative class*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAERBEL MCKINNEY-DROBNIS, JOSEPH B. PICCOLA, and  CAMILLE BERLESE, individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>Defendant. | Case No: 3:16-cv-6450 MMC<br><br>**DECLARATION OF TRENTON R. KASHIMA IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND CERTIFICATION OF SETTLEMENT CLASS**<br><br>Hearing date: May 31, 2019<br>Time:         9:00 a.m.<br>Courtroom: 7 – 19th Floor<br>Judge:        Hon. Maxine M. Chesney |

DECLARATION OF TRENTON R KASHIMA                    Case No: 3:16-cv-6450 MMC

**DECLARATION OF TRENTON R. KASHIMA**

I, Trenton R. Kashima, declare:

1. I am over eighteen years of age and an attorney of Finkelstein & Krinsk, LLP, counsel of record for Plaintiffs Baerbel McKinney-Drobnis, Joseph B. Piccola, and Camille Berlese in the above captioned case. Pursuant to the Court's Order Directing Plaintiffs to Supplement Motion for Preliminary Approval of Class Action Settlement [ECF No. 105], I submit this declaration in support of Plaintiffs' Motion for Preliminary Approval. I have personal knowledge of the facts set forth herein, and if called as a witness could and would competently testify thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the proposed Voucher Request Form, intended for use by Class Members submitting their Voucher Request by Mail.

3. Attached hereto as **Exhibit B** is a true and correct copy of the proposed "Voucher Request – Instructions" webpage from the Settlement Website. This will be the initial webpage utilized by Class Members when submitting their Voucher Request online.

4. Attached hereto as **Exhibit C** is a true and correct copy of the proposed "Submit a Voucher Request" webpage from the Settlement Website that will be used by Class Members to submit their online Voucher Request.

5. Attached hereto as **Exhibit D** is a true and correct copy of the proposed "Voucher Request Confirmation" webpage from the Settlement Website that will confirm that a Class Member has completed the online Voucher Request.

I declare under penalty of perjury under the laws of the United States, that the forgoing statements made by me are true and correct.

DATED: May 16, 2019                             /s/ Trenton R. Kashima
                                                      Trenton R. Kashima