# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** May 31, 2019   **Time:** 9:08 - 10:02   **Judge:** MAXINE M. CHESNEY
= 54 minutes

**Case No.:** 16-cv-06450-MMC   **Case Name:** Baerbel McKinney-Drobnis v. Massage Envy Franchising, LLC

**Attorney for Plaintiff:** Jeffrey Krinsk and Trenton Kashima
**Attorney for Defendant:** Luanne Sacks and Mike Scott

**Deputy Clerk:** Tracy Geiger   **Court Reporter:** Ana Dub

## PROCEEDINGS

Joint Motion to Vacate Court Orders (Docket No. 104)

Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Certification of Settlement Class  (Docket No. 103)

**Both motions deemed submitted and granted, conditioned on submission of revised notice.**

**Case continued to: November 1, 2019 at 9:00 a.m. for Final Approval Hearing**