IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAERBEL MCKINNEY-DROBNIS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC,<br><br>Defendant. | Case No. 16-cv-06450-MMC<br><br>**ORDER DENYING DAVID LAPA'S ADMINISTRATIVE MOTION**<br><br>Re: Dkt. No. 108 |

Before the Court is putative class member David Lapa's ("Lapa") Administrative Motion, filed May 30, 2019. Plaintiffs and defendant have filed separate oppositions thereto. Having read and considered the parties' respective written submissions, the Court rules as follows.

On April 15, 2019, plaintiffs filed a motion seeking preliminary approval of a settlement on behalf of class in the above-titled action, and noticed the matter for hearing on May 31, 2019. In his Administrative Motion, Lapa asserts he needs additional time to review the settlement and to object thereto. As relief, he seeks an order denying the motion for preliminary approval, or, in the alternative, an order staying for thirty days any decision on said motion, in each instance to afford him an opportunity to file an objection. For the reasons stated below, the Administrative Motion will be denied.

First, the Administrative Motion is untimely. Although Lapa acknowledges he was aware of the motion for preliminary approval as early as April 19, 2019, he did not file the instant motion until 8:30 p.m. on the night before the scheduling hearing.

Second, Lapa's asserted need for additional time to file objections is fully

accommodated in the Court's order, filed concurrently herewith, setting a deadline of September 20, 2018, for class members to file objections to the settlement.

Accordingly, the Administrative Motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: June 7, 2019

MAXINE M. CHESNEY
United States District Judge