Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objector Kurt Oreshack*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAERBEL MCKINNEY-DROBNIS, JOSEPH B. PICCOLA, and CAMILLE BERLESE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>Defendant.<br><hr>KURT ORESHACK,<br><br>Objector. | Case No. 3:16-cv-6450-MMC<br><br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7, 19th Floor<br>Date: November 1, 2019<br>Time: 9:00 A.M. |

NOTICE OF INTENT TO APPEAR

DECLARATION OF JOHN

As paragraph 24 of the Court's Preliminary Approval Order (Dkt. 114 at 10) requires, objector Kurt Oreshack provides notice that he intends to appear through counsel Theodore H. Frank at the final approval hearing currently scheduled for November 1, 2019. Oreshack requests fifteen minutes of oral argument to address matters discussed in his objection, in the responses to his objection and to answer any questions the Court may have. At this time, Oreshack does not intend to call any witnesses at the fairness hearing, but he reserves his right to make use of all documents entered on the docket by any settling party, objector, or amicus. He also reserves the right to cross-examine any witnesses who testify at the hearing in support of final approval.

Dated: September 20, 2019                Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorneys for Objector Kurt Oreshack*

| | |
|---|---|
| 1 | <div align="center">PROOF OF SERVICE</div> |
| 2 | I hereby certify that on this day I electronically filed the foregoing Notice of Intent to Appear |
| 3 | using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case. |
| 4 | |
| 5 | DATED this 20th day of September, 2019. |
| 6 | /s/ Theodore H. Frank<br>Theodore H. Frank |
PROOF OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Notice of Intent to Appear using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 20th day of September, 2019.

/s/ *Theodore H. Frank*
Theodore H. Frank