# OFFICE OF THE CLERK
# UNITED STATES DISTRICT COURT
# Northern District of California

## CIVIL MINUTES

**Date:** February 28, 2020  **Time:** 9:03 - 10:34  **Judge:** MAXINE M. CHESNEY
= 1 hour 31 minutes

**Case No.**: 16-cv-06450-MMC  **Case Name:** Baerbel McKinney-Drobnis v. Massage Envy Franchising, LLC

**Attorney for Plaintiff:** Jeffrey Krinsk, Trenton Kashima
**Attorney for Defendant:** Luanne Sacks, Cynthia Ricketts, Robert Bader, Mike Scott, Kahn Scolnick
**Objector Counsel (Oreshack):** Theodore Frank

**Deputy Clerk:** Tracy Geiger  **Court Reporter:** Ana Dub

### PROCEEDINGS

Fairness Hearing - held.

Plaintiffs' Motion for Attorney Fees, Costs and Incentive Award – Granted (as amended) for reasons stated on the record.

Plaintiffs' Motion for Final Approval of Class Action Settlement – Granted for reasons stated on the record.

**Order to be prepared by:**
( )   Plaintiff              ( )   Defendant              (X)   Court