FINKELSTEIN & KRINSK LLP
Jeffrey R. Krinsk, Esq. (SBN 109234)
jrk@classactionlaw.com
John J. Nelson, Esq. (SBN 317598)
jjn@classactionlaw.com
501 West Broadway, Ste. 1260
San Diego, CA 92101

*Attorneys for Plaintiffs
and the Putative Classes*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAERBEL MCKINNEY-DROBNIS, JOSEPH B. PICCOLA, and CAMILLE BERLESE, individually and on behalf of all others similarly situated<br><br>    Plaintiffs,<br><br>    v.<br><br>MASSAGE ENVY FRANCHISING, LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No:  3:16-cv-6450 MMC<br><br>**PLAINTIFFS' UNOPPOSED *EX PARTE* APPLICATION FOR LEAVE TO FILE A FORTY-THREE PAGE BRIEF IN SUPPORT OF THEIR RENEWED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date:      May 20, 2022<br>Time:     9:00 a.m.<br>Courtroom: 7 – 19th Floor<br>Judge:    Hon. Maxine M. Chesney |

**TO THE CLERK OF COURT OF THE NORTHERN DISTRICT OF CALIFORNIA**

**AND ALL COUNSEL OF RECORD:**

    **PLEASE TAKE NOTICE** that Plaintiffs Baerbel McKinney-Drobnis, Joseph B. Piccola, and Camille Berlese, pursuant to Local Rules 1-2(c) and 7.4(b), hereby respectfully request leave of the Court to file forty-three pages of argument in support of Plaintiffs' Renewed Motion for Final Approval of the Class Action Settlement and Entry of Final Judgment.

//

//

//

//

- 1 -

**MEMORANDUM OF POINTS AND AUTHORITIES**

Civil Local Rules 1-2(c) and 7.4(b) provide that a party may exceed the page limit for motions with leave of the Court. Here, good cause exists to grant Plaintiffs an additional eighteen (18) pages of argument in their Renewed Motion for Final Approval of the Class Action Settlement and Entry of Final Judgment.

This case involves a long history that requires a detailed overview and description of a number of complex legal issues. On February 28, 2020, after a one and half hour hearing, the Court granted final approval of the parties' Class Action Settlement, overruling all objections. *See* Minute Order, ECF No. 145. However, on March 26, 2020, Kurt Oreshack (an Objector) filed his notice of appeal of the Court's decision. ECF No. 152. Mr. Oreshack's appeal focused on two issues: whether the Settlement represented a CAFA coupon settlement and whether the approval of the Settlement and Class Counsel's fees was properly decided. Ultimately, the Ninth Circuit agreed with Mr. Oreshack that the CAFA coupon provisions applied, but "express[ed] no opinion" on the fairness of the underlying Settlement. *McKinney-Drobnis v. Oreshack*, 16 F.4th 594, 612 (9th Cir. 2021). The Ninth Circuit vacated the Court's order approving the Settlement and remanded the case to the Court to "use the value of the redeemed vouchers as required by CAFA and to analyze the pre-certification settlement agreement with heightened scrutiny." *Id.*

Accordingly, the Renewed Motion for Final Approval of the Class Action Settlement must address multiple legal issues resulting from the appeal, including the provision of sufficient evidence and argument necessitated by the heightened level of scrutiny. Additionally, Plaintiffs must provide the detailed information regarding the apportionment of fees required under CAFA. Plaintiffs must further establish the reasonableness and sufficiency of the Settlement Agreement, the satisfaction of class certification requirements under Rule 23(a), and satisfaction of final approval standard under Rule 23(e)(2). FED. R. CIV. PRO. 23(a); FED. R. CIV. PRO. 23 (e)(2).

If Plaintiffs must limit their motion to twenty-five pages, several issues will need to be addressed in a summary fashion, thus limiting the utility of Plaintiffs' motion to the Court's analysis of the legal and factual issues under Federal Rule of Civil Procedure 23(e)(2), CAFA, and the rigorous standard dictated by the Ninth Circuit. Defendant does not oppose this application.

For the reasons set forth herein, the Plaintiffs respectfully request that the Court grant them an additional eighteen pages – forty-three in total – of argument for their Motion for Preliminary Approval of Class Action Settlement.

Date: March 30, 2020                    Respectfully submitted,

                                       FINKELSTEIN & KRINSK LLP

                                       By: /s/ Jeffrey R. Krinsk
                                       Jeffrey R. Krinsk, Esq.

PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO FILE 43   Case No. 3:16-cv-6450 MMC
PAGE BRIEF

**[PROPOSED] ORDER**

Having reviewed Plaintiffs' *Ex Parte* Application for leave to file a forty-three page brief in support of their Renewed Motion for Final Approval of the Class Action Settlement and Entry of Final Judgment, and for good cause appearing, the Court **GRANTS** Plaintiffs' *Ex Parte* Application.

**IT IS SO ORDERED**.

Date: _____

_____
Judge Maxine M. Chesney
United States District Court

- 4 -